BEFORE THE SECOND DIVISION, APRIL 11, 1945

**No. 50116.**—Protests 62823–K, etc., of J. J. Edel et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise are similar in all material respects to the merchandise the classification of which was involved in Abstract 38647, which record was admitted in evidence herein. In accordance therewith the protests were sustained.

**No. 50117.**—Protests 72601–K, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50118.**—Protests 968105–G, etc., of Sprouse-Reitz Co., Inc., et al. (Portland, Oreg., etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50119.**—Protests 14198–K, etc., of G. J. Kluyskens et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorites cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 11, 1945

**No. 50120.**—Protests 94390–K, etc., of Kwan Yuen Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50121.**—Protests 83646–K, etc., of Davies, Turner & Co. et al. (Philadelphia, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.